TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 West Santa Clara Street, Suite 790
San Jose, CA 95113
Telephone: (408) 317-1100
Facsimile: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiffs
VINCENT CARLUCCI and LAMAR WASHINGTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VINCENT CARLUCCI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONSOLIDATED NETWORKS CORPORATION, et al <br><br> Defendants. | Case No. 18-CV-01610-NC <br><br> **STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES WHO HAVE MADE AN APPEARANCE:

The parties hereby stipulate as follows:

WHEREAS, the parties participated in mediation with JOHN KOEPPEL through this Court's ADR Program, and

WHEREAS, the mediation was successful, resulting in amicable resolution between all parties,

IT IS THEREFORE JOINTLY REQUESTED AND STIPULATED that the matter be dismissed in its entirety with prejudice.

Dated: May 1, 2019                By:   /s/ *Huy Tran*
                                        Huy Tran
                                        Attorney for Plaintiffs


Dated: May 1, 2019                By:   /s/ *Carrie Bushman*
                                        Carrie Bushman
                                        Attorney for Defendants


**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: May 1, 2019                By: _____
                                        NATHANAEL M. COUSINS
                                        United States Magistrate Judge

*GRANTED*
*Judge Nathanael M. Cousins*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*